**Order entered April 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-01077-CR

### DUSTIN MICHAEL ENGELKE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 072395**

## ORDER

Before the Court is court reporter Misty Skinner's April 14, 2022 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by May 4, 2022.

/s/     LANA MYERS
JUSTICE